**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| GARY DEAN DUTKO | Case No.: 09-20813 NLW |
|  | **CERTIFICATE OF SERVICE** |

On February 18, 2010, the undersigned, forwarded a copy of the, *Amended Order Confirming Plan*, to the following parties:

        Gary Dean Dutko
        345 Main Street, Apt. 2
        Ogdensburg, NJ 07439
        **[Via US mail]**

        Jonathan Stone, Esq.
        490 Schooley's Mountain Rd.
        Bldg. 3A
        Hackettstown, NJ 07840
        **[Via E-mail]**

Dated: February 18, 2010        By: /S/ Rosa Bolibekov
                                                      Rosa Bolibekov
                                                      Senior Legal Secretary